IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT PHILPOTT,**                                                              **PLAINTIFF**
**ADC # 111495**

v.                              **CASE NO: 4:25-cv-00028-JM-JTK**

**ARKANSAS DEPARTMENT**                                                **DEFENDANT**
**OF CORRECTION**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 12th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE